IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-061 |
| | ) | |
| HANK A. LORD | ) | |

**O R D E R**

Counsel have advised the Court that all pretrial motions have been satisfied or otherwise resolved.  (<u>See</u> doc. no. 21.)  Therefore, a motions hearing for Defendant is not necessary, and all pending motions are **MOOT**.  (Doc. nos. 13-16.)

SO ORDERED this 13th day of October, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA