UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    )
            )
v.                         )      CR 1:16-061
            )
HANK A. LORD           )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Alex M. Brown,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Alex M. Brown** be granted leave of absence for the following periods: **April 3, 2017 through April 12, 2017 and April 24, 2017 through April 28, 2017; May 11, 2017 through May 12, 2017; and May 17, 2017 through May 22, 2017.**

This 2nd day of March, 2017.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia